## CERTIFICATE OF SERVICE

I, Mary E. Augustine, hereby certify that on the 9th day of August, 2006, I caused a true and correct copy of the **Notice of Dismissal**, to be served upon the party listed below in the manner indicated.

### VIA FIRST CLASS U.S. MAIL

*GSR Construction, Inc.*
c/o Mr. Gary Royes
21421 Bowsprit Lane
Huntington Beach, CA 92646

_____
Mary E. Augustine (No. 4477)

617349v1